CHARLES P. GILLEN, APPELLANT, v. PUBLIC SERVICE
RAILWAY COMPANY, RESPONDENT.

Submitted December 5, 1921—Decided March 6, 1922.

On appeal from the Supreme Court, in which the following
*per curiam* was filed:

"The legal question presented by the facts of this case is
whether the defendant, a street railway company, under the
statute, could lawfully raise its fares at any time it chose,
without an order of the public utility commission and a delay
of twenty days before proceeding under the order.

"This question was definitely settled in *O'Brien* v. *Public
Utility Board,* 92 *N. J. L.* 44; *affirmed, Id.* 587, where it
was held that the railway company possessed such a right,
and that case is controlling here.

"It was made clear in the case referred to that the raising
of the rates was, as a matter of course, subject to intervention
by the public utility board who may suspend the fares. The
proposition is self-demonstrating that if the defendant com-
pany had the right to raise the fare it needed no order and
no twenty days' delay before putting the order into effect.

"The judgment of the District Court is affirmed, with
costs."

For the appellant, *Jerome T. Congleton.*

For the respondent, *Frank Bergen.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the Supreme Court.
We desire to say in passing that the Supreme Court's de-
cision is strengthened by the opinion of this court in *Hack-
ensack Water Co.* v. *Board of Public Utility Commissioners,*

96 *N. J. L.* 184, which was decided after the filing of the Supreme Court's opinion, and was therefore not before the judges at the time of their decision.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, BLACK, KATZENBACH, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, JJ.  12.

*For reversal*—WHITE, VAN BUSKIRK, JJ.  2.